UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:
**Christopher Daniel Boulais**        )
and                                   )
**Tammy Renea Boulais**               )        Case No. 09-40997-jwv13
                                      )
Debtor(s).                            )

### Debtors' Notice to Creditors Regarding Debtors' Change of Address

Comes now, the Debtor Christopher Daniel Boulais, and hereby provides notice to the creditors listed below that his address has changed and is now 1707 B 8th St. Terr., Knob Noster, MO 65336.

LLOYD LAW OFFICE, LLC.

/s/ David W. Lloyd
David W. Lloyd Mo. Bar #51408
317 N. Holden St., Ste. B
P.O. Box 1
Warrensburg, MO 64093
Telephone: (660) 747-3004
Facsimile: (660) 747-1247
david@lloydlawoffice.com
ATTORNEY FOR THE DEBTOR

**NOTICE:** a response must be filed with the US Bankruptcy Court within twenty (20) days of the date of this notice.

Dated this 2nd day of October, 2012.